AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* THE PERSON OF TRE ROBERT GOINS, CURRENTLY INCARCERATED AT BUTLER COUNTY PRISON, FOR COLLECTION OF BUCCAL DNA SAMPLES | Case No. 25-32 [UNDER SEAL] |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __WESTERN__ District of __PENNSYLVANIA__
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before __January 26, 2025__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Duty Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __01/13/2025 2:45 pm__

*Judge's signature*

City and state: __Pittsburgh, Pennsylvania__     __Hon. Patricia L. Dodge U.S. MAGISTRATE JUDGE__
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.: <br> 25-32 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||
| **Certification** |||
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br>                                                                                                     *Executing officer's signature* <br><br>                                                                                                      *Printed name and title* |||

## ATTACHMENT A

Items to be Searched

The person of Tre Robert Goins ("GOINS"), a black male with date of birth June 18, 1994 for the purpose of acquiring DNA samples.

## **ATTACHMENT B**

Items to be Seized

Two buccal swabs containing DNA samples from the inside of Tre Robert GOINS' mouth will be seized. In the event GOINS is not cooperative in the collection of the two DNA samples via buccal swab, agents are authorized pursuant to this Search Warrant to collect two vials of GOINS' blood for DNA testing and comparison with seized physical evidence. In this event, agents may physically restrain GOINS in order to collect the blood samples and agents may transport GOINS to a nearby hospital to facilitate the collection of GOINS' blood.